## Kolber, Appellant, *v.* Pickens.

Argued April 17, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Samuel P. Lavine,* with him *Steinberg, Greenstein, Richman & Price,* for appellant.

*Marvin D. Weintraub,* with him *I. Raymond Kremer,* and *Kremer, Krimsky & Luterman,* for appellees.

OPINION PER CURIAM, May 21, 1968:
Order affirmed.